UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED CUTWATER LLC, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:22-cv-56 |
| AUTO ENTERPRISES TIG INC., YEVGEN ARUTYUNYAN, OMAR ZHANDARBEKULY, LEONARD GRAYVER, AND THE GRAYVER LAW GROUP, P.C., | ) ) ) ) ) |
| Defendants. | ) |

To the Clerk of this Court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**LEONARD GRAYVER and THE GRAYVER LAW GROUP, P.C.**

Date:  July 22, 2022

                              Respectfully submitted,

            By:    */s/ Kenneth E. Yeadon*
                    Kenneth E. Yeadon – Bar No. 6273281
                    HINSHAW & CULBERTSON LLP
                    151 North Franklin Street, Suite 2500
                    Chicago, Illinois 60606
                    (312) 704-3000
                    (312) 704-3001 – facsimile
                    kyeadon@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on **July 22, 2022**, I electronically filed on behalf of Defendant an **APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

*/s/Kenneth E. Yeadon*
Kenneth E. Yeadon – Bar No. 6273281
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
(312) 704-3000
(312) 704-3001 – facsimile
kyeadon@hinshawlaw.com

1051690\311209185.v1