UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED CUTWATER, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| AUTO ENTERPRISE TIG INC., | ) |
| Defendant. | ) |
| | ) |
| AUTO ENTERPRISE TIG INC., and YEVGEN ARUTYUNYAN, | ) Case No.: 3:22-cv-00056-RLY-CSW |
| Counter Claimants, | ) |
| v. | ) |
| UNITED CUTWATER, LLC, and UNITED LEASING, INC., | ) |
| Counter Defendants. | ) |

**AUTO ENTERPRISE TIG'S AND YEVGEN ARUTYUNYAN'S
PRELIMINARY WITNESS AND EXHIBITS LISTS**

Defendant and Counter Claimant Auto Enterprise TIG Inc. ("AE" or "Defendant") and Counter Claimant Yevgen Arutyunyan ("Eugene") (together, "Counter Claimants"), by counsel, submit their Preliminary Witness List and Exhibits Lists pursuant to the Court's Order (ECF Dkt. 145).[1] AE and Arutyunyan have not yet completed their investigation of this matter and submit

---

[1] Names and defined terms are those stated in the Second Amended Complaint and/or in AE's and Arutyunyan's Answer and Counterclaims. Terms such as "communication," "document," "person," or entity" shall be construed in the broadest sense contemplated by Fed.R.Civ.P. 26 and 34, the Fed. R. Evidence, and the parties' discovery requests and responses.

1

AUTO ENTERPRISE'S AND ARUTYUNYAN'S PRELIMINARY WITNESS AND EXHIBITS LISTS

their Preliminary Witness and Exhibit Lists based upon information current known to them. AE and Arutyunyan reserve their rights to modify and/or supplement these preliminary witness and exhibit lists as additional information becomes available through discovery and trial preparation.

## I. PRELIMINARY WITNESS LIST

1. Yevgen or Eugene Arutyunyan

2. Leonard Grayver (Founding Partner of Grayver Law Group P.C.);

3. Omar Zhandarbekuly (Consultant for Auto Enterprise TIG Inc.);

4. Christopher J. Riley (President and Chief Executive Officer of United Cutwater, LLC);

5. Doug Petitt (Executive Vice President of United Cutwater / United Companies);

6. Brad Harrison (Executive Vice President, United Companies);

7. Ronald Romain (Executive Chairman, United Companies);

8. Dr. Abhay Trivedi (Strategic Growth Consultant, United Cutwater);

9. Jesse Phelps (Chief Technology Officer, United Cutwater);

10. Callahan Riley (Programming Consultant & Financial Analyst, United Cutwater);

11. Robert Hagnauer, Jr. (Vice President, United Cutwater);

12. Ben Moll (Strategic Partner, Engagements, United Cutwater);

13. Michael J Messaglia (Managing Partner, Krieg DeVault LLP);

14. Artem Pogosov (Chief Marketing Officer, Auto Enterprise TIG Inc.);

15. Vitaly Golomb (Partner, Drake Star);

16. Gregory Bedrosian (Managing Partner and Chief Executive Officer, Drake Star);

17. Lawrence Quartaro (Managing Partner and Chief Financial Officer, Drake Star);

18. Dmytro Nikonov (Owner, Auto Enterprise PC);

19. One or more partners of Krieg DeVault LLP;

20. One or more corporate representatives of Drake Star Partners;

21. One or more corporate representatives of AE LLC/UK;

22. One or more corporate representatives of EV Future;

23. One or more corporate representatives of AEPAY LLC;

24. One or more corporate representatives of AE Carsharing LLC;

25. One or more corporate representatives of Sanotino LLC;

26. One or more corporate representatives of Ecocar LLC;

27. One or more corporate representatives of RPF "Sistema" PJSC;

28. One or more corporate representatives of Chardan Capital Markets LLC;

29. One or more corporate representatives of EV Plus Corp.;

30. One or more corporate representatives of UL testing and product certification labs;

31. Any witness identified by any other party in this matter;

32. Any expert witness identified by any other party in this matter;

33. Any witness needed for purposes of impeachment or rebuttal in this matter.

## II.     PRELIMINARY EXHIBIT LIST

1. Any document attached to the Complaint, Amended Complaint, UC's briefings, and/or the declarations of Christopher J. Riley [ECF Docs. 39, 53] and Michael J. Messaglia [ECF Doc. 40] in this matter;

2. All documents produced by United Cutwater or United Leasing in this matter;

3. All documents produced by Krieg DeVault LLP in this matter;

4. All documents produced by Auto Enterprise TIG Inc. ("AE TIG") in discovery or by agreement in this matter;

5. All documents produced by Yevgen Arutyunyan ("Eugene") in discovery or by agreement in this matter;

6. All documents produced by Omar Zhandarbekuly ("Omar") in discovery or by agreement in this matter;

7. All documents produced by The Grayver Law Group, P.C. in discovery or by agreement in this matter;

8. All documents produced by Leonard Grayver ("Leonard") in discovery or by agreement in this matter;

9. All documents produced by Drake Star Partners ("DSP") in discovery or by agreement in this matter;

10. All documents produced by Vitaly Golomb ("Vitaly") in discovery or by agreement in this matter;

11. All documents produced by Dmytro Nikonov ("Dmytro") in discovery or by agreement in this matter;

12. All account statements, loans, mortgages, transaction histories or summaries, records of deposits, withdrawals, transfers, checks, ACH, EFT or wire transfers, and similar records at any financial institution where an account was held in the name of or for the benefit of AE TIG, Inc., AE LLC/UK, or EV Future or to which funds of AE TIG, Inc., AE LLC/UK, or EV Future were received, deposited or transferred or from which any expenses or obligations of AE TIG, Inc., AE LLC/UK, or EV Future were withdrawn, transferred, or paid;

13. All account statements, loans, mortgages, transaction histories or summaries, records of deposits, withdrawals, transfers, checks, ACH, EFT or wire transfers, and similar records at any financial institution where an account was held in the name of or for the benefit of Eugene or Omar or to which funds Eugene or Omar were received, deposited or transferred or from which any expenses or obligations of Eugene or Omar were withdrawn, transferred, or paid;

14. The Confidential Information Memorandum and all documents used to prepare it, as well as all versions of it;

15. All data room and due diligence documents for the Transaction;

16. All emails, text messages, WhatsApp or similar messages, voice messages, calendar appointments, video conference and telephone records for all parties and witnesses in this case relevant to the matters alleged in this matter;

17. All transactional documents, drafts, final, signed, and unsigned, exhibits, schedules, and attachments;

18. All business records for AE TIG, Inc., its subsidiaries and affiliates, including, but not limited to, its organizational and corporate records, intellectual property records, payroll, employment, financial and bank records and statements, and tax returns and records and other documents showing the ownership, operations, and management of AE TIG, Inc;

19. All business records for EV Future LLC including, but not limited to, its organizational and corporate records, intellectual property records, payroll, employment, financial and bank records and statements, and tax returns and records and other documents showing the ownership, operations, and management of EV Future LLC;

20. All business records for Auto Enterprise LLC ("AE LLC/UK") including, but not limited to, its organizational and corporate records, intellectual property records, payroll, employment, financial and bank records and statements, and tax returns and records and other documents showing the ownership, operations, and management of AE LLC/UK;

21. All business records for Autoenterprise PC (including its parent, subsidiaries and affiliates) including, but not limited to, its organizational and corporate records, intellectual property records, payroll, employment, financial and bank records and statements, and tax returns and records and other documents showing the ownership, operations, and management of Autoenterprise PC;

22. All business records for AE Factory PC (including its parent, subsidiaries and affiliates) including, but not limited to, its organizational and corporate records, intellectual property records, payroll, employment, financial and bank records and statements, and tax returns and records and other documents showing the ownership, operations, and management of AE Factory PC;

23. All business records for AEPAY LLC (including its parent, subsidiaries and affiliates) including, but not limited to, its organizational and corporate records, intellectual property records, payroll, employment, financial and bank records and statements, and tax returns and records and other documents showing the ownership, operations, and management of AEPAY LLC;

24. All business records for AE Carsharing LLC (including its parent, subsidiaries and affiliates) including, but not limited to, its organizational and corporate records, intellectual property records, payroll, employment, financial and bank records and statements, and tax returns and records and other documents showing the ownership, operations, and management of AE Carsharing LLC;

25. All business records for Sanotino LLC (including its parent, subsidiaries and affiliates) including, but not limited to, its organizational and corporate records, intellectual property records, payroll, employment, financial and bank records and statements, and tax returns and records and other documents showing the ownership, operations, and management of Sanotino LLC;

26. All business records for Ecocar LLC (including its parent, subsidiaries and affiliates) including, but not limited to, its organizational and corporate records, intellectual property records, payroll, employment, financial and bank records and statements, and tax returns and records and other documents showing the ownership, operations, and management of Ecocar LLC;

27. All business records for RPF "Sistema" PJSC (including its parent, subsidiaries and affiliates) including, but not limited to, its organizational and corporate records, intellectual property records, payroll, employment, financial and bank records and statements, and tax returns and records and other documents showing the ownership, operations, and management of RPF "Sistema" PJSC;

28. All business records for Chardan Capital Markets LLC ("Chardan" or "Chardan (Capital)"), (including its parent, subsidiaries and affiliates) including, but not limited to, its organizational and corporate records, intellectual property records, payroll, employment, financial and bank records and statements, and tax returns and records and other documents showing the ownership, operations, and management of Chardan Capital Markets LLC ("Chardan" or "Chardan (Capital)");

29. All business records for EV Plus Corp. ("EV Plus") (including its parent, subsidiaries and affiliates) including, but not limited to, its organizational and corporate records, intellectual property records, payroll, employment, financial and bank records and statements, and tax returns and records and other documents showing the ownership, operations, and management of EV Plus Corp. ("EV Plus");

30. All business records for Hypercharge Networks Corp. ("Hypercharge") (including its parent, subsidiaries and affiliates) including, but not limited to, its organizational and corporate records, intellectual property records, payroll, employment, financial and bank records and statements, and tax returns and records and other documents showing the ownership, operations, and management of Hypercharge Networks Corp. ("Hypercharge");
    1.

31. All Agreements and communications between EV Plus and AE;

32. All Agreements and communications between Hypercharge and AE;

33. All Agreements, term sheets, and communications between AE and Chardan or Drake Star;

34. All communications between Dmytro and United Cutwater or United Leasing;

35. All communications between United Cutwater or United Leasing and any customer or potential customer regarding the UL certification process;

36. To the extent not covered above, all business records for any company or business entity (including its parent, subsidiaries and affiliates) in which Eugene, Dmytro, Omar, or has an interest, including, but not limited to, its organizational and corporate records, intellectual property records, payroll, employment, financial and bank records and statements, and tax returns and records and other documents showing its ownership, operations, and management;

37. All records of communications between and among the Defendants related to this matter;

38. All records of communications between and among Drake Star Partners and the Defendants related to this matter;

39. All records of non-privileged communications between United Cutwater and/or United Leasing and other persons, including Eugene, Omar, Leonard, Vitaly, and Dmytro;

40. Any documents produced or provided by any UL testing or product certification lab related to this matter;

41. All documents reviewed by, relied on, or presented by any expert witness for any party in this matter;

42. All transcripts and/or video recordings of any deposition taken in this matter, including any exhibit marked or used at any such deposition, and any excerpt from any deposition recording or transcript;

43. All other documents produced by any party, non-parties, or third parties in discovery or by agreement in this matter.

44. Discovery requests and responses, pleadings, and other written court filings by any party or witness in this matter, including the transcript or excerpts of transcripts from any court proceeding or hearing in this matter;

45. Demonstrative or exemplary exhibits, data or information summaries, compilations, spreadsheets, graphic or tabular presentations of data or information related to this matter[2];

46. Photographs, screen shots, and other graphic presentations of information related to this matter;

47. Voice and/or video recordings related to this matter;

48. Documents necessary for impeachment or rebuttal; and

49. Certified or bona fide translations or transcripts of any of the above.

50. Any document or exhibit identified by any other party in this matter;

---

[2] At this time, Plaintiff has not yet identified any data summaries or compilations, demonstrative or exemplary exhibits, documents used by any expert witness identified or disclosed by any party in this matter, or documents to be used for impeachment or rebuttal in this matter and reserves the right to identify and use such documents as they may become known to it.

The foregoing list of exhibits and potential exhibits is based on information known to AE and Arutyunyan at this time and is subject to change as investigation and discovery and the litigation proceed. AE and Arutyunyan expect to identify through pretrial investigation and/or discovery other information, documents, and/or exhibits which may include relevant information and may be identified as exhibits or potential exhibits. AE and Arutyunyan reserve the right to amend or supplement the foregoing lists and reserve any objections they may have (including but not limited to admissibility) in connection with any attempt to use or introduce any of the foregoing documents or things as evidence whether in deposition, hearing, trial, or other proceeding and including in connection with expert witnesses and impeachment or rebuttal.

Date: June 4, 2025                                           **RIMON, P.C.**

By: */s/ Richard de Bodo*
     Richard de Bodo (*pro hac vice*)
     California State Bar No. 128199
     rdebodo@rimonlaw.com
     2029 Century Park East, Suite 400N
     Los Angeles, CA 90067
     Telephone: (310) 943-7301

     Attorneys for Auto Enterprise TIG, Inc.
     and Yevgen Arutyunyan

AUTO ENTERPRISE'S AND ARUTYUNYAN'S PRELIMINARY WITNESS AND EXHIBITS LISTS

## CERTIFICATE OF SERVICE

      I hereby certify that on June 4, 2025, I electronically filed or caused to be filed with the Clerk of the U.S. District Court, Southern District of Indiana, Evansville Division, the foregoing AUTO ENTERPRISE TIG'S AND YEVGEN ARUTYUNYAN'S PRELIMINARY WITNESS AND EXHIBITS LISTS, by using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  */s/ Richard de Bodo*
                                                  Richard de Bodo

AUTO ENTERPRISE'S AND ARUTYUNYAN'S PRELIMINARY WITNESS AND EXHIBITS LISTS