## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| UNITED CUTWATER, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 3:22-cv-00056-RLY-CSW |
| v. | ) |
| | ) |
| AUTO ENTERPRISE TIG INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| AUTO ENTERPRISE TIG INC., | ) |
| and YEVGEN ARUTYUNYAN, | ) |
| | ) |
| Counter Claimants, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED CUTWATER, LLC , | ) |
| and UNITED LEASING, INC., | ) |
| | ) |
| Counter Defendants. | ) |

### NOTICE OF AUTOMATIC EXTENSION OF TIME TO RESPOND TO DISCOVERY

Defendant/Counter Claimant Auto Enterprise TIG Inc. ("AE") and Counter Claimant Yevgen Arutyunyan ("Eugene") (together, "Counter Claimants"), by counsel, and pursuant to the Southern District of Indiana's Local Rule 6-1(a), hereby notify the Court of their twenty-eight (28) day initial extension of time to answer or otherwise respond to Plaintiff and Counterclaim Defendant United Cutwater LLC's and Counterclaim Defendant United Leasing, Inc.'s (together, "Counterclaim Defendants'") Second Requests for Production to AE and Eugene. In support, AE and Eugene state the following to the Court:

1. Counterclaim Defendants propounded their Second Request for Production of Documents to AE and Eugene dated July 16, 2025 ("Second RFPs"), making responses to those Second RFPs due on August 15, 2025, which time has not expired.

2. Pursuant to this Court's Local Rule 6-1(a), the Counter Claimants are entitled to an automatic twenty-eight (28) day initial extension of time to answer or otherwise respond to the Second RFPs making the responses due on September 12, 2025.

3. On July 28, 2025, counsel for Counter Claimants (Mr. de Bodo) gave email notice of this notice of an automatic extension to respond to the discovery requests to counsel for the Counterclaim Defendants, and counsel for Counterclaim Defendants did not object.

4. The deadlines to respond to the Discovery Requests have not been previously extended, and the extension does not interfere with the case management plan or any scheduled or other deadlines in this case.

WHEREFORE, Counter Claimants AE and Eugene, by counsel, respectfully notify this Court of their automatic enlargement of twenty-eight (28) days, to and including September 12, 2025, within which to answer or otherwise respond to the Second RFPs.

Date: July 28, 2025

**RIMON, P.C.**

By: /s/ Richard de Bodo
Richard de Bodo (*pro hac vice*)
California State Bar No. 128199
rdebodo@rimonlaw.com
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone: (310) 943-7301

Attorneys for Auto Enterprise TIG, Inc. and Yevgen Arutyunyan

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused the foregoing to be filed with the Court and served upon all counsel of recording utilizing the Court's CM/ECF system on this 28th day of July 2025.

<i>/s/ Sarah Chacon</i>