UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED CUTWATER, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:22-cv-00056-RLY-CSW |
| AUTO ENTERPRISE TIG INC., | ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING AMENDED MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY**

The Court, having considered the *Amended Motion for Extension of Time to Respond to Discovery* ("*Motion*") filed by Counterclaim Defendant United Cutwater, LLC ("United Cutwater"), and being duly advised, finds that the *Motion* should be **GRANTED**.  (Dkt. 164).

**IT IS THEREFORE ORDERED** that the deadline for Counterclaim Defendant United Cutwater, LLC to file responses to Counterclaimant Auto Enterprise TIG Inc.'s First Set of Interrogatories to United Cutwater is extended to and including to **August 5, 2025**.

**So ORDERED.**

Date: July 30, 2025

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF-registered counsel of record.